**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00606-CR

### JT WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F16-76083-Y

## ORDER

The reporter's record was due September 6, 2018. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated September 6, 2018 and instructed her to file, by October 6, 2018, the reporter's record or written verification appellant had not requested the reporter's record. To date, we have not received the reporter's record or written verification it has not been requested; nor have we had any communication from Ms. Faggett.

We **ORDER** the complete reporter's record filed **BY DECEMBER 3, 2018**. We caution Ms. Faggett that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Fargo, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE